## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 2

IN RE: Genesis Health Ventures Inc. et al

---

| | | |
|---|---|---|
| James J. Hayes, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-397 |
| v. | ) | |
| | ) | |
| Genesis Health Ventures Inc. et al, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No.  00-2692 |
| | | AP 06-40 |

### NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 5/12/06 was docketed in the District Court on 6/22/06:

Order (1) Denying, with Prejudice, Mr. Hayes' "Motion For Stay of Order Granting Reorganized Debtors' Cross Motion for Sanctions for the Pendency of the Appeal" and (II) Denying, without Prejudice the "Reorganized Debtors' Cross-Motion for the Entry of an Order (A) Imposing Further Monetary Sanctions Against Mr. Hayes, (B) Barring Mr. Hayes From Filing any Additional Pleadings in this Case and (C) Relieving the Reorganized Debtors of Their Obligation to Respond to any Additional Pleadings Filed by Mr. Hayes"

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: 6/22/06
To:     U.S. Bankruptcy Court
        Counsel