IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| GENESIS HEALTH VENTURES, INC., et al., | : Bankruptcy Case No. 00-2692-PJW |
| | : |
| Debtors. | : |
| JAMES J. HAYES, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 06-397-JJF |
| | : |
| GENESIS HEALTH VENTURES, INC., et al., | : |
| | : |
| Appellees. | : |

**O R D E R**

WHEREAS, Appellees filed a Motion To Dismiss Appeal Of James J. Hayes As Untimely Under Rule 8002 Of The Federal Rules Of Bankruptcy Procedure (D.I. 3);

WHEREAS, Appellant has failed to timely file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Appellant shall file an Answering Brief to the Motion **no later than Friday, November 10, 2006.** If Appellant fails to file an Answering Brief, the Court shall decide the Motion on the papers submitted.

2. Any Reply Brief by Appellees shall be due **fifteen (15) days** after the filing of any Answering Brief by Appellant.

October 30, 2006
DATE

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE