IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| GENESIS HEALTH VENTURES, INC., : et al., : | Bankruptcy Case No. 00-2692-PJW |
| Debtors. : | |
| JAMES J. HAYES, : | |
| Appellant, : | |
| v. : | Civil Action No. 06-397-JJF |
| GENESIS HEALTH VENTURES, INC., : et al., : | |
| Appellees. : | |

O R D E R

At Wilmington, this 26 day of January 2007 for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Reorganized Debtors' Motion To Dismiss Appeal Of James J. Hayes As Untimely Under Rule 8002 Of The Federal Rules Of Bankruptcy Procedure (D.I. 3) is **GRANTED**.

*[signature]*
UNITED STATES DISTRICT COURT